LAWRENCE G. BROWN
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:08-CR-00059 AWI |
| Plaintiff, | ORDER CONTINUING SENTENCING HEARING |
| v. | |
| FRANCISCO JAVIER FLORES ARROYO, | |
| Defendant. | |

The United States of America, by and through Lawrence G. Brown, United States Attorney, and Kathleen A. Servatius, Assistant United States Attorney, and the defendant, by and through their respective attorneys, have stipulated to a continuance of the sentencing hearing in this case, currently set for August 31, 2009 to September 14, 2009 at 9:00 a.m.. The government has requested the continuance in order to permit the government additional time to respond to the sentencing memorandum and the hearing date requested is the next that counsel are available.

///
///
///
///
///

1

1 THEREFORE, it appearing that the request is supported by good cause,

2 IT IS HEREBY ordered that the sentencing hearing in this case be continued until September 14, 2009 at 9:00 a.m.

IT IS SO ORDERED.

Dated:   August 28, 2009                        /s/ Anthony W. Ishii
                                        CHIEF UNITED STATES DISTRICT JUDGE